IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 3:18-00427-MGL-1 |
| | : | |
| vs. | : | |
| | : | **ORDER TERMINATING** |
| WILSON JONES PRESCOTT *ALSO* | : | **DEFENDANT'S PARTICIPATION IN** |
| *KNOWN AS SQUEAKY* | | **THE BRIDGE PROGRAM** |

On August 21, 2019, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant has successfully completed all phases of the program and graduated on June 16, 2021. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended.

s/Mary Geiger Lewis
HONORABLE MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

June 16, 2021 Columbia,
South Carolina